UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDEL RODRIGUEZ,

    Plaintiff,

v.                                        Case No: 8:24-cv-2562-CEH-AEP

AMERICAN RESIDENTIAL
SERVICES, LLC,
a/k/a Rescue Rooter, L.L.C.,

    Defendants.
_____/

## ORDER

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on February 19, 2025 (Doc. 19). In the Report and Recommendation, Magistrate Judge Porcelli recommends that the parties' Joint Motion for Settlement Approval (Doc. 18) be granted. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On February 20, 2025, the parties filed a Joint Notice of Non-Objection to Report and Recommendation (Doc. 20).

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now,

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 19) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion for Settlement Approval (Doc. 18) is **GRANTED**.

(3) The Settlement Agreement (Doc. 18-1) is accepted, adopted, and approved by the Court. The parties are ordered to comply with the terms of the Settlement Agreement.

(4) This action is **DISMISSED WITH PREJUDICE**.

(5) The Clerk is directed to terminate all pending deadlines and to close this case.

**DONE AND ORDERED** in Tampa, Florida, on February 24, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record